371 A.2d 520

Pearlstine-Salkin Assoc. v.
Marchese, Appellant.

Argued September 21, 1976.   Lawrence A. Ruth, for appellant;  Edward J. Hardiman, with him Pearlstine, Salkin, Hardiman and Robinson, for appellee.

Judgment affirmed.

371 A.2d 520

Phillips et vir, Appellants, v.
W. T. Grant Company.

Argued September 14, 1976.   Jack Brian, with him Richard, Brian, DiSanti & Hamilton, for appellants;  Stephen J. McEwen, Jr., with him George J. Lavin, Jr., for appellee.

Judgment affirmed.